USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYA HAYUK,

           Plaintiff,

-against-

COACH SERVICES, INC. and MIDLEY, INC.,

           Defendants.

Civil Action No. 1:14-cv-06668 (VEC)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the defendants' time to answer, move, or otherwise respond to the plaintiff's complaint dated August 18, 2014 is hereby extended up to and including October 20, 2014. This stipulation may be executed in counterparts via e-mail or facsimile.

Dated: New York, New York

September 15, 2014

SAUNDERS & SILVERSTEIN LLP

By: _____
Aaron Y. Silverstein
(asilverstein@massiplaw.com)
14 Cedar Street, Suite 224
Amesbury, MA 01913
Tel.: (978) 463-9130

*Counsel for Plaintiff*
Maya Hayuk

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Aaron H. Marks
(amarks@kasowitz.com)
1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700

*Counsel for Defendants*
Coach Services, Inc. and Midley, Inc.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: September 15, 2014