**MEMO ENDORSED**

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

AARON H. MARKS
DIRECT DIAL: 212-506-1721
AMARKS@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2014

September 15, 2014

**BY ECF & E-MAIL**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Phone: (212) 805-6350

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: September 19, 2014

Re:   *Maya Hayuk v. Coach Services, Inc.*, No. 14-CV-06668 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

We represent defendants Coach Services, Inc. and Midley, Inc. in the above-referenced action and write on behalf of all parties. Pursuant to Rule 1(E) of Your Honor's Rules of Individual Practice, the parties write to respectfully request that Your Honor "so order" the attached Stipulation and Order, which the parties have fully executed, extending defendants' time to respond to plaintiff's complaint. The parties further request, pursuant to Rule 1(C) of Your Honor's rules, an extension or adjournment of each of the items set forth in the Court's August 25, 2014 Notice of Initial Pretrial Conference ("the Notice")-namely, an adjournment of the pretrial scheduling conference (the "Conference"), an extension of time to submit the joint letter described in paragraph 3 of the Notice (the "Joint Letter"), and an extension of time to submit a case management plan and scheduling order (the "Plan").

The parties are jointly seeking these extensions so that ongoing settlement negotiations of this dispute can be further pursued. This is the first request for extension the parties have sought as to any of these deadlines or the Conference date.

Defendants' response to plaintiff's complaint is currently due September 19, 2014; the attached stipulation would extend that deadline to October 20, 2014. The parties are also requesting an extension or adjournment of each the items addressed by the Notice. The Conference is currently scheduled for October 2, 2014 at 10:00 a.m., and the parties' deadline for submitting both the Joint Letter and the Plan is September 24, 2014. The parties are requesting that the Conference be adjourned to November 7, 2014, or as soon thereafter as the parties can be heard, and that the deadline for the parties to submit the Joint Letter and Plan be extended to October 24, 2014.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Dated: September 15, 2014

Respectfully Submitted

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____

Aaron H. Marks
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
amarks@kasowtiz.com

*Attorneys for Defendants Coach Services, Inc. and Midley, Inc.*

cc: Counsel of Record (via ECF)